Christopher A.J. Swift
Gregg A. Hubley
**ARIAS SANGUINETTI**
7201 W. Lake Mead Blvd.
Suite 570
Las Vegas, NV 89128
Email: christopher@aswtlawyers.com
Email: gregg@aswtlawyers.com

Edwin E. Elliott*
**SHAMIS & GENTILE, P.A.**
14 Northeast 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
edwine@shamisgentile.com

*Admitted *Pro Hac Vice*
**Pro Hac Vice* forthcoming

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA PFAFF-HARRIS and FRED G. WRIGHT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 2:24-cv-00761-RFB-NJK |

1

STIPULATION OF DISMISSAL

## JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Plaintiffs, Kristina Pfaff-Harris and Fred G. Wright, and Defendants Progressive Direct Insurance Company and Progressive Northern Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.    All claims of the Plaintiffs, Kristina Pfaff-Harris and Fred G. Wright, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Dated: March 17, 2026                                     Respectfully submitted,

**SHAMIS & GENTILE, P.A.**                         **KING & SPALDING LLP**

/s/ Edwin E. Elliott                                           /s/ Erin M. Munger
Edwin E. Elliott*                                              Jeffrey S. Cashdan*
**SHAMIS & GENTILE, P.A.**                         Zachary A. McEntyre
14 Northeast 1st Avenue, Suite 705              J. Matthew Brigman
Miami, FL 33132                                            Erin M. Munger
Telephone: (305) 479-2299                          Alexia Bowman Arnold*
edwine@shamisgentile.com                         **KING & SPALDING LLP**
                                                                      1180 Peachtree Street, N.E.
                                                                      Atlanta, Georgia 30309
Christopher A.J. Swift                                    Telephone: (404) 572-4600
Gregg A. Hubley                                           Facsimile: (404) 572-5100
**ARIAS SANGUINETTI**                              jcashdan@kslaw.com
7251 W. Lake Mead Blvd., Suite 114           zmcentyre@kslaw.com
Las Vegas, NV 89128                                  mbrigman@kslaw.com
Email: christopher@aswtlawyers.com           emunger@kslaw.com
Email: gregg@aswtlawyers.com                   aarnold@kslaw.com

Edwin L. Lowther, III*                                   Gia N. Marina (Nevada Bar No. 15276)
Joseph H. Bates*                                         **CLARK HILL PLLC**
**CARNEY BATES & PULLIAM PLLC**          1700 South Pavilion Center
One Allied Drive, Suite 1400                         Las Vegas, NV 89135
Little Rock, AR 72202                                   Telephone: (702) 862-8300
Telephone: (501) 312-8500                          gmarina@clarkhill.com
llowther@cbplaw.com
hbates@cbplaw.com                                    *Admitted *Pro Hac Vice*

Jacob L. Phillips*                                         *Attorneys for Defendants*
**JACOBSON PHILLIPS PLLC**
2277 Lee Road Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461
Jacob@jacobsonphillips.com

2
STIPULATION OF DISMISSAL

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Classes*

### ORDER

Based on the stipulation of counsel and good cause appearing, this case is DISMISSED WITH PREJUDICE; each party to bear their own fees and costs.

DATE: March 18, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants registered to receive such notice.

*/s/ Edwin E. Elliott*
Edwin E. Elliott

STIPULATION OF DISMISSAL